807 A.2d 809

IN THE MATTER OF DANIEL N. SHAPIRO,
AN ATTORNEY AT LAW.

October 17, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–039, concluding that **DANIEL N. SHAPIRO** of **HACKENSACK**, who was admitted to the bar of this State in 1984, should be reprimanded for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a)(failure to communicate with client), and *RPC* 8.1(b)(failure to cooperate with ethics authorities);

And the Disciplinary Review Board having further concluded that respondent should be required to practice law under supervision. for a period of two years and attend Alcoholics Anonymous meetings on a regular basis;

And good cause appearing;

It is ORDERED that **DANIEL N. SHAPIRO** is hereby reprimanded; and it is further

ORDERED that respondent shall practice under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of two years and until the further Order of the Court; and it is further

ORDERED that respondent shall attend Alcoholics Anonymous meetings on a regular basis, said schedule to be approved and his attendance to be monitored by the Office of Attorney Ethics; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.